UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOUSEF AHMED,

           Plaintiff,

      v.

DEPUTY HEARD, et al.,

           Defendants.

Case No. 26-cv-07607-SK

**ORDER DENYING MOTION TO PROCEED ANONYMOUSLY AND GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Regarding Docket Nos. 2, 3, 4

Now before the Court is the motion filed by Plaintiff to proceed anonymously, a motion to seal the complaint with his name, and an application to proceed *in forma pauperis*. "The normal presumption in litigation is that parties must use their real names." *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Est.*, 596 F.3d 1036, 1042 (9th Cir. 2010). Parties may proceed pseudonymously only "in the 'unusual case' when nondisclosure of the party's identity 'is necessary . . . to protect a person from harassment, injury, ridicule or personal embarrassment.'" *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000) (alteration in original) (quoting *United States v. Doe*, 655 F.2d 920, 922 n. 1 (9th Cir. 1981)). The Court finds that Plaintiff has not demonstrated that revealing his name to Defendants will subject him to harassment or other harm. Accordingly, the Court DENIES Plaintiff's motion to proceed anonymously and DENIES Plaintiff's related motion to file his complaint under seal. (Dkt. Nos. 2, 3.)

Having considered Plaintiff's application proceed *in forma pauperis* and his complaint, the Court hereby GRANTS Plaintiff's application. (Dkt. No. 4.) The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: July 28, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2